**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 10th, 2007

Re: MDL 05 – 1699 In re Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation

Title of Case
Jessie Johnston -v- Pfizer Inc.

Case Number
C.A. No. 07-3548

Dear Sir/Madam:

    This is to advise you that the above entitled has been assigned to the Honorable Charles R. Breyer and pursuant to the Court's Pretrial Order No. 1 is made part of the above MDL action.

    The parties are directed to go to this Court's Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation webpage at www.ecf.cand.uscourts.gov/cand/bextra/ for detailed information and instructions regarding this MDL action.

    Please be advised that this action has been designated as an E-Filing case. Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California. Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

Sincerely yours,

*Simone Voltz*

Simone Voltz
Deputy Clerk

cc: Counsel
    MDL